UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| William A. Harris, Sr. and | ) | C/A No.: 6:06-cv-01811-GRA |
| Avis B. Griffith, | ) | |
| *on behalf of themselves* | ) | **ORDER** |
| *and all others similarly situated,* | ) | |
| | ) | |
| Plaintiffs, | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| Transunion, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is a motion requesting that Avis B. Griffith be allowed to intervene as a named plaintiff in this action. The Court finds that the Motion to Intervene should be granted.

IT IS THEREFORE ORDERED that:

1.   Avis B. Griffith shall intervene as a named plaintiff in this action.

2.   The Named Plaintiffs shall file and serve the Class Action Third Amended Complaint that accompanied the Motion to Intervene.

3.   The Clerk shall amend the case caption accordingly.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

May 29, 2008